IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**BRITTANY BRIMLEY** and
**TRAVIS FAISON,** *Individually,*
*and on behalf of themselves and others*
*similarly situated,*

Plaintiffs,

v.                                                                     No.2:24cv-02307-MSN-cgc

**PATTERSON WAREHOUSES, INC.**

**FLSA Multi-Plaintiff Action**
**JURY DEMANDED**

Defendant.

**JOINT RENEWED MOTION FOR SETTLEMENT APPROVAL**

COME NOW Plaintiffs and Defendant, by and through undersigned counsel, and hereby move the Court for an Order approving the terms of the settlement of claims of the FLSA action reached by the Parties and for dismissal of all claims with prejudice, should the Court grant approval of the Settlement Agreement.

The parties filed their original Joint Motion for Settlement Approval on April 25, 2025. (ECF No. 44).  The Court entered an Order Denying Joint Motion for Settlement Approval (ECF No. 45) on April 29, 2025, on the basis that the Settlement Agreement (ECF 44-2) includes an impermissible confidentiality provision.  (ECF No. 45, PageID 305.)  The Court's Order provided thirty days for the parties could file a renewed motion.  (ECF No. 45, PageID 307.)  The parties have removed the confidentiality provision from the Settlement Agreement and submit this Renewed Motion for the Court's approval.

1

In support of this motion, the Parties rely upon the contemporaneously filed Memorandum in Support, the attached Settlement Agreement, an attached Affidavit of Attorney J. Joseph Leatherwood IV and the Court's entire record of this case.

WHEREFORE, the Parties respectfully request that the Court enter an Order granting this Motion and approving the Settlement Agreement.

Dated: May 29, 2025

Respectfully Submitted,

*s/J. Joseph Leatherwood IV*
Gordon E. Jackson (TN BPR #8323)
J. Russ Bryant (TN BPR #33830)
J. Joseph Leatherwood IV (TN BPR #39490)
Joshua Autry (TN BRP #041423)
**JACKSON, SHIELDS, YEISER, HOLT OWEN & BRYANT**
Attorneys at Law
262 German Oak Drive
Memphis, Tennessee 38018
Telephone: (901) 754-8001
Facsimile: (901) 754-8524
*gjackson@jsyc.com*
*rbryant@jsyc.com*
*jleatherwood@jsyc.com*
*jautry@jsyc.com*

***ATTORNEYS FOR PLAINTIFF AND FOR OTHERS SIMILARLY SITUATED***

~and~

*s/Cannon F. Allen*
Cannon F. Allen (BPR No. 12548)
John D. Woods, III (BPR No. 035791)
ADAMS AND REESE LLP

>6075 Poplar Avenue, Suite 700
Memphis, Tennessee 388119
Telephone: (901) 525-3234
Facsimile: (901) 524-5419
*cannon.allen@arlaw.com*
*john.woods@arlaw.com*

## *CERTIFICATE OF SERVICE*

The undersigned certifies that on a true and correct copy of the foregoing was filed with the Clerk of the United States District Court for the Western District of Tennessee using the CM/ECF system. The Court's CM/ECF system will send an email notification of the foregoing filing to all counsel of record who are registered with the Court's CM/ECF system.

*s/J. Joseph Leatherwood*